# Court of Appeals
# of the State of Georgia

ATLANTA,  October 25, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0291, A17A0292, A17A0293.  KENNETH CLARK v. THE STATE.**

In 1999, Kenneth Clark pled guilty to multiple offenses, including child molestation and kidnapping.  Clark has lodged numerous pro se filings in the trial court after pleading guilty and has filed numerous notices of appeal, three of which are before this Court in these cases.  We, however, lack jurisdiction.

In the case docketed in this Court as Case No. A17A0291, Clark appeals from the trial court's denial of his extraordinary motion for new trial in 2014.  Clark filed a timely notice of appeal therefrom, but appeals from the denial or dismissal of an extraordinary motion for a new trial must be initiated by filing an application for discretionary review.  See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997).  Clark's failure to follow the required appellate procedure deprives us of jurisdiction over the appeal in Case No. A17A0291.

In the case docketed as Case No. A17A0292, Clark filed a notice of appeal seeking to appeal an order entered by the trial court on February 20, 2015.  However, the record does not include an order entered on that day.  The last order in the record was entered on August 11, 2014, in which the trial court denied Clark's extraordinary motion for new trial.  Given the apparent absence of a trial court order, we have nothing to review.  See *Amica v. State*, 307 Ga. App. 276, 282 (2) (704 SE2d 831) (2010).  Accordingly, Clark's appeal in Case No. A17A0292 is subject to dismissal.

Similarly, in the case docketed in this Court as Case No. A17A0293, Clark filed a notice of appeal but identifies no order from which he is appealing.  Consequently, we have nothing to review.

For the reasons discussed above, these appeals are hereby DISMISSED for lack

of jurisdiction.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  10/25/2016
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*